IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL D. FEAR, | ) | CASE NO. 8:12CV3082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROTECTIVE ORDER |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY and | ) | |
| HULCHER SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation of the parties for the entry of a
Protective Order regarding a video from a locomotive taken on or about January 21, 2010 at or
near Columbus, Nebraska. The Court finds that a Protective Order should be granted.
Accordingly,

IT IS ORDERED that the video from the locomotive taken on or about January 21, 2010
at or near Columbus, Nebraska shall not be disclosed, produced or disseminated to anyone who
is not involved in this case by plaintiff or his legal counsel. The Court further orders that plaintiff
and his legal counsel shall not allow this video to be disseminated to the Internet or any other
electronic media. The Court further orders that plaintiff and his legal counsel shall ensure that if
the video is given to any consultant, witness, expert witness or employee, that these individuals
shall be advised of this Protective Order and shall be bound by the same, and further that they
shall not disseminate the video to the Internet, any outside electronic media, or any other
individuals. The Court further orders that at the conclusion of this case, the original disc
containing the video and any and all copies of the disc, video, software, or any other portion of
the disc shall be immediately returned to the defendant.

DATED this __18th__ day of __September__, 2012.

BY THE COURT:

United States Magistrate Judge

Stipulated as to form and content:

MICHAEL D. FEAR, Plaintiff,

By: _____

Craig Church
542 South Dearborn Street #200
Chicago, IL 60605
(312) 939-1212

UNION PACIFIC RAILROAD COMPANY, Defendant,

By: _____

David J. Schmitt
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300